MEMORANDUM OF LABOR AGREEMENT    २२२०१० - 6 8
                                 ~~437000-68~~

PLUMBERS AND GASFITTERS LOCAL NO. 75 and

__LAGINA PLUMBING__                                       5/3
(Name of Firm) agree as follows:                          222010

1. The Employer acknowledges that a majority of the employees in the following units have authorized Plumbers and Gasfitters Local No. 75 (the Union) to represent them in collective bargaining, and the Employer does hereby recognize Plumbers Local 75, its agents and representatives as the exclusive bargaining agent for all employees in the following units:

   A. <u>Building and Construction Trades Unit:</u>   All licensed journeymen plumbers and plumbing apprentices, including foremen, employed by the employer within the geographic jurisdiction of Plumbers Local 75.

   B. <u>Metal Trades Unit:</u>   All restricted journeymen plumbers (appliance and sewer), metal trades production workers and other employees by the employer performing work covered by the June 1, 2004 through May 31, 2008 Metal Trades Agreement between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin, including foremen.

2. The parties hereby adopt and incorporate into this document the collective bargaining agreements between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin, effective from June 1, 2004 through May 31, 2008, covering the above described units (the Contracts). The Contracts and this adoption of the Contracts shall remain in effect up to and including the expiration date of the Contracts. The Contracts shall continue in effect from year to year thereafter, and the parties hereby adopt any successor agreements entered into between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin unless notice of termination or amendment is given no less than sixty (60) days prior to the expiration date of the Contracts.

EXHIBIT A

3. The parties further adopt and incorporate into this Agreement the trust agreements or other governing documents for the Building Trades United Pension Trust Fund, Plumbers & Gasfitters Union Local 75 Health Fund, Plumbers Local 75 401(k) Fund, Milwaukee Plumbers Local 75 Education Fund, Plumbing Industry Development Fund and Plumbers Labor Management Fund.

PLUMBERS LOCAL 75

BY: *Steve Breitlow* (signature)
Steve Breitlow
Business Manager

DATE: 2-9-07

___LAGINA PLUMBING___
(Print Name of Firm)

BY: ___JAMES LAGINA___ (signature)

TITLE: ___PRESIDENT___

DATE: ___2/9/07___

___1600 MILLER PARKWAY___
Firm Address

___MILW WI   53214___
City, State, Zip

___414- 645-7527___
Phone Number

___645-4028___
FAX Number

(2)

AGREEMENT

MEMORANDUM OF UNDERSTANDING

I (We) agree to the economic conditions of the collective bargaining agreement(s) between Plumbers & Gasfitters Local #75 and the Plumbing & Mechanical Contractors Association, dated July 9, 1987, and incorporate the agreement(s) herein by reference, with the exception of any provisions of the said contract(s) (agreement(s) which have been held by the courts to be a non-negotiable item for the purpose of collective bargaining.

68-222 010

PLUMBERS UNION LOCAL #75

_____
Business Manager

July 9, 1987
Date

Louis Schmitt Company
Name of Firm

_____
Signature

2212 W. Sunnydale Ln.
Address

zMequon, Wis 53092
City - State - Zip Code

242-0395
Telephone

_____
Date

## AGREEMENT

The Employer has examined, or had an opportunity to examine, authorization cards signed by the employees in the units described below, and the Employer acknowledges that a majority of employees in the following units have authorized the Union to represent them in collective bargaining:

### Building and Construction Trades Unit

All licensed journeymen plumbers and plumbing apprentices, including foremen, employed by the Employer within the geographical jurisdiction of Plumbers Local 75;

### Metal Trades Unit

All foremen, restricted journeymen (appliance and sewer), metal trades production workers and other employees employed by the Employer, performing work under Plumbers Local 75's Metal Trades Agreement and within the geographical jurisdiction of Plumbers Local 75.

The Employer does hereby recognize Plumbers Local 75, its agents, and representatives as the exclusive collective bargaining agent for all employees in the above-described unit.

The Employer agrees to all terms and conditions of the collective bargaining agreements between Plumbers Local 75 and the Plumbing & Mechanical Contractors Association, effective from June 1, 1990 through May 31, 1993 covering the above-described units. These agreements are incorporated herein by reference.

PLUMBERS UNION LOCAL 75

_Lewis Schmitt Co_
Print name of firm

_____
Business Manager

_____
Signature

6-1-1990
Date

222010

2212 W. Sunnydale - 108 N
Address

Waquam WI 53092
City -- State -- Zip

Telephone
7-6-90
Date

## AGREEMENT

The Employer has examined, or had an opportunity to examine, authorization cards signed by the employee in the units described below, and the Employer acknowledges that a majority of employees in the following units have authorized the Union to represent them in collective bargaining:

Building and Construction Trades Unit

    All licensed journeymen plumbers and plumbing apprentices, including foremen, employed by the Employer within the geographical jurisdiction of Plumbers Local 75;

Metal Trades Unit

    All foremen, restricted journeymen (appliance and sewer), metal trades production workers and other employees employed by the Employer, performing work under Plumbers Local 75's Metal Trades Agreement and within the geographical jurisdiction of Plumbers Local 75.

The Employer does hereby recognize Plumbers Local 75, its agents, and representatives as the exclusive collective bargaining agent for all employees in the above-described unit.

The Employer agrees to all terms and conditions of the collective bargaining agreements between Plumbers Local 75 and the Plumbing & Mechanical Contractors Association, effective from June 1, 1993 through May 31, 1996 covering the above-described units. These agreements are incorporated herein by reference.

PLUMBERS UNION LOCAL 75

_[signature]_
Business Manager

6/1/1993
Date

68-22220 10

Louis Schmitt Co. Inc.
Print Name of Firm

_[signature]_
Signature

2212 W. Sunnydale La.
Address

Mequon, WI. 53092
City -- State -- Zip

(414) 242-0395
Telephone

July 8, 1993
Date

# MEMORANDUM OF LABOR AGREEMENT

## PLUMBERS AND GASFITTERS LOCAL NO. 75
and

Louis Schmitt Co. Inc.
---
(Name of Firm)

agree as follows:

1. The Employer acknowledges that a majority of the employees in the following units have authorized Plumber's and Gasfitter's Local No. 75 (the Union), to represent them in collective bargaining, and the Employer does hereby recognize Plumber's and Gasfitter's Local No. 75, and its agents and representatives, as the exclusive collective bargaining agent for all employees in the following units.

    a. <u>Building and Construction Trades Unit</u>: All licensed journeymen plumbers and plumbing apprentices including foremen, employed by the Employer within the geographical jurisdiction of Plumber's Local 75.

    b. <u>Metal Trades Unit</u>: All restricted journeymen plumbers (appliance and sewer), metal trades production workers, and other employees employed by the Employer, performing work covered by the 1996-1999 Metal Trades Agreement between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin, including foremen.

2. The parties hereby adopt and incorporate into this document the collective bargaining agreements between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin (PMC), and any amendments to the agreements, heretofore or hereafter agreed to between the Union and the PMC, effective from June 1, 1996, through May 31, 1999, and covering the above described units (the Contracts). The Contracts and this adoption of the Contracts shall remain in effect up to and including the expiration date of the Contracts. The Contracts shall continue in effect from year to year thereafter, and the parties hereby adopt any successor agreements entered into between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin unless notice of termination or amendment is given no less than sixty (60) days prior to the expiration date of the Contracts.

3. The parties further adopt and incorporate into this Agreement the trust agreements or other governing documents for the Building Trades United Pension Trust Fund, Plumber's & Gasfitter's Union Local No. 75 Health Fund, Milwaukee Plumber's 401(k) Plan, Plumber's Local 75 Education Fund, Plumbing Industry Development Fund, and Plumber's Labor Management Fund.

PLUMBER'S AND GASFITTER'S UNION
LOCAL NO. 75

_____
Gary Hamilton, Business Manager

6/1/96
Date

Louis Schmitt Co. Inc.
Name of Firm

_____
Signature

2212 W. Sunny Dale Lane
Address

Mequon, Wis 53092
City, State, Zip

414 242 0395
Telephone

June 4, 1996
Date

MEMORANDUM OF LABOR AGREEMENT   222010

PLUMBERS AND GASFITTERS LOCAL NO. 75 and ___Louis Schmitt Co. Inc.___
(Name of Firm)
agree as follows:

1. The Employer acknowledges that a majority of the employees in the following units have authorized Plumbers and Gasfitters Local No. 75 (the Union) to represent them in collective bargaining, and the Employer does hereby recognize Plumbers Local 75, its agents and representatives as the exclusive collective bargaining agent for all employees in the following units:

    a. Building and Construction Trades Unit: All licensed journeymen plumbers and plumbing apprentices, including foremen, employed by the employer within the geographic jurisdiction of Plumbers Local 75.

    b. Metal Trades Unit: All restricted journeymen plumbers (appliance and sewer), metal trades production workers and other employees employed by the employer, performing work covered by the June 1, 1999 - May 31, 2004 Metal Trades Agreement between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin, including foremen.

2. The parties hereby adopt and incorporate into this document the collective bargaining agreements between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern Wisconsin, effective from June 1, 1999 through May 31, 2004 covering the above-described units (the Contracts). The Contracts and this adoption of the Contracts shall remain in effect up to and including the expiration date of the Contracts. The Contracts shall continue in effect from year to year thereafter, and the parties hereby adopt any successor agreements entered into between the Union and the Plumbing and Mechanical Contractors Association of Milwaukee and Southeastern

1

Wisconsin unless notice of termination or amendment is given no less than sixty (60) days prior to the expiration date of the Contracts.

3. The parties further adopt and incorporate into this Agreement the trust agreements or other governing documents for the Building Trades United Pension Fund, Plumbers & Gasfitters Union Local No. 75 Health Fund, Milwaukee Plumbers 410(k) Plan, Milwaukee Plumbers Local 75 Education Fund Plumbing Industry Development Fund and Plumbers Labor Management Fund.

| PLUMBERS LOCAL 75 | Louis Schmitt Co. Inc. |
|---|---|
| | (Print Name of Firm) |
| BY: _Alex Neuwirth_ | BY: _[signature]_ |
| Alex Neuwirth | |
| Business Manager | TITLE: President |
| DATE: 6/1/99 | DATE: July 6, 1999 |
| | 2212 W. Sunnydale Lane |
| | Firm Address |
| | Mequon, WI 53092 |
| | City, State, Zip |
| | 1 414 242 0395 |
| | Phone Number |